BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF KHAN, <br><br>  Plaintiff, <br><br> v. <br><br> United States Citizenship and Immigration Services, et al. <br><br>  Defendants. | No. 2:10-cv-736 JAM EFB <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

   This is an immigration case in which plaintiff has challenged the delay in the adjudication of his pending I-130 Immigrant Petition for Relative. On August 13, 2010, the Court ordered the parties to file a joint status report (Docket No. 7). Although the Complaint was filed electronically on March 26, 2010, the United States Attorney's Office was not served until July 2, 2010, and as such the answer date is not until August 31, 2010. Fed. R. Civ. P. 12(a)(3).

   On July 16, 2010, United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence to plaintiff in connection with the application. Plaintiff is entitled to 84 days to respond, and USCIS anticipates that adjudication will be possible within several days of receipt of the response. Accordingly, as it is anticipated that resolution of the matter will be possible at the administrative level, Defendants request an extension of time of 90 days in which to submit the government's response to the complaint. As well the parties request that the time for filing a Joint Status Report be similarly extended to sometime after the new answer date.

Dated: August 24, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ Joseph John Siguenza
Joseph John Siguenza
Attorney for the Plaintiff

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on November 30, 2010.  The parties joint status report shall be filed on or before January 21, 2011 unless otherwise extended by order of this Court.

IT IS SO ORDERED.

DATED: August 25, 2010         /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE