```
1  JOSEPH J. SIGUENZA, ESQ. (SBN92327)
   LAW OFFICES OF ASHWANI K. BHAKHRI
2  1299 Bayshore Hwy., Ste. 208
   Burlingame, CA 94010
3  (650) 685-6334
4
5  Attorneys for Plaintiff
```




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF KHAN, | NO. 2:10-cv-736 JAM EFB |
| Plaintiff, | PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| United States Citizenship and Immigration Services, et al., | |
| Defendants. | |

The instant action filed by plaintiff, challenges the delay in the adjudication of his pending I-130 Immigrant Petition for Relative. Since the filing of the Complaint, the parties have been notified that USCIS has taken affirmative action in concluding the processing of said Petition.

1  WHEREFORE, plaintiff, HANIF KHAN, respectfully moves for
2  an order of voluntary dismissal of the above-entitled action,
3  without prejudice.
4  Dated: 11/12/10

   LAW OFFICES OF ASHWANI K. BHAKHRI

   BY  /s/ JOSEPH SIGUENZA
       JOSEPH J. SIGUENZA
       Attorneys for Plaintiff

   ORDER

   PURSUANT to plaintiff's motion and for the reasons stated therein,

   IT IS HEREBY ORDERED that the above-entitled action be dismissed, without prejudice.

   IT IS SO ORDERED.
   Dated: 11-15-2010

   _____
   UNITED STATES DISTRICT COURT JUDGE